IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARSON CONCRETE CORPORATION**<br>Plaintiff/ Petitioner<br><br>v.<br><br>**INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCED IRON WORKERS, AFL-CIO, LOCAL UNION 405**<br>Defendant/Respondent. | **CIVIL ACTION NO. 2:21-cv-02789** |

## ORDER

**AND NOW** this 24th day of November, 2021, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Plaintiff's Motion to Remand to State Court (ECF No. 5) is **GRANTED** and Defendant's Motion to Strike the Court of Common Pleas Order (ECF No. 2) is **DENIED AS MOOT**. The Clerk of Court shall close this case.

                                                  **BY THIS COURT:**

                                                  **/s/ MICHAEL M. BAYLSON**

                                                  **MICHAEL M. BAYLSON**
                                                  **United States District Court Judge**